**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

v.                                              4:06-CR-00195-WRW

**MICHAEL COX**

**ORDER**

Pending are Defendant's First Motion in Limine (Doc. No. 62) and Second Motion in Limine (Doc. No. 63).

Mr. Cox was indicted on June 7, 2006, in a one-count indictment charging him with being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(e).[1] Mr. Cox pled not guilty,[2] and a jury trial in the case will begin on July 7, 2008.

In his First Motion in Limine (Doc. No. 62), Defendant asks that when the Court reads Count 1 to the jury, instead of reading the information in connection with Defendant's prior felony convictions, the Court tell the jury that Cox has been convicted of a crime punishable by imprisonment for more than one year under the laws of the State of Arkansas.[3] Defendant also asks the Court to direct the Prosecution not to mention, offer evidence, or illicit testimony from any witness with respect to Defendant's earlier convictions.

Defendant's First Motion in Limine (Doc. No. 62) is GRANTED, except that the Prosecution may well be able to cross examine Defendant about prior convictions if he takes the stand.

---

[1] Doc. No. 1.

[2] Doc. No. 6.

[3] Doc. No. 62.

In his Second Motion in Limine (Doc. No. 63), Defendant asks the Court to exclude: (I) evidence about crack cocain, marijuana, a credit card, and a coin purse allegedly found in the car Mr. Cox was driving at the time of his arrest; (II) evidence about Mr. Cox's alleged burglary of Mr. Luther Kuykendall's home, the fact that the firearm with which Mr. Cox was allegedly found purportedly came from Mr. Kuykendall's home, and evidence about other pending state charges; (III) statements Mr. Kuykendall, who is now deceased, made; and (IV) statements made by Derrick Allen, a passenger in the car Mr. Cox was allegedly driving when he was arrested, unless Mr. Allen appears at trial and is subject to cross examination.

Defendant's Second Motion in Limine (Doc. No. 63) is GRANTED.

IT IS SO ORDERED this 2nd day of July, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE