IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:06-CR-00195-BRW

MICHAEL DESHUN COX

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 165) is DENIED.

Guideline Amendment 821 does not change Defendant's criminal history category. His criminal history category remains VI based on his status as an Armed Career Criminal.[1]

IT IS SO ORDERED this 2nd day of April, 2024.

                                                 Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").